UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE A. PUCCI,

    Plaintiff,

v.                                                              Case No. 07-10631
                                                               Honorable David M. Lawson
19TH DISTRICT COURT and CHIEF
JUDGE MARK W. SOMERS,

    Defendants.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

On March 6, 2009, the Court entered an order granting the plaintiff's motion for sanctions. The defendants have filed a motion for reconsideration.

Motions for reconsideration may be granted pursuant to E.D. Mich. LR 7.1(g)(1) when the moving party to shows (1) a "palpable defect," (2) that misled the court and the parties, and (3) that correcting the defect will result in a different disposition of the case. E.D. Mich. LR 7.1(g)(3). A "palpable defect" is a defect which is obvious, clear, unmistakable, manifest, or plain. *Mich. Dep't of Treasury v. Michalec*, 181 F. Supp. 2d 731, 734 (E.D. Mich. 2002) (citations omitted). Yet motions for reconsideration should not be granted when they "merely present the same issues ruled upon by the court, either expressly or by reasonable implication." E.D. Mich. LR 7.1(g)(3). Here, the Court has already ruled on the issues raised by the defendants, so the motion for reconsideration will be denied.

Accordingly, it is **ORDERED** that the defendants' motion for reconsideration

[dkt. #62] is **DENIED**.

                                                  s/David M. Lawson
                                                  DAVID M. LAWSON
                                                  United States District Judge

Dated: March 27, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 27, 2009.

                                        s/Lisa M. Ware
                                        LISA M. WARE