3898 (Rev. 8-08)

Approved, SCAO

Original - Court
1st copy - Plaintiff
2nd copy - Defendant
3rd copy - Garnishee

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT | FINAL STATEMENT ON GARNISHMENT OF PERIODIC PAYMENTS | CASE NO. 07-1063 |
|---|---|---|

**Court Address**
CLERK OF THE COURT USDC-EDMI, 231 W LAFAYETTE 5TH FLOOR, DETROIT MI 48226

**Court Telephone Number**
313-226-9102

**Plaintiff Name and Address**
JULIE PUCCI
% SANFORD PLOTKIN
615 GRISWOLD ST STE 1116
DETROIT MI 48226

v

**Defendant Name, Address, Soc. Sec. No., or Employee ID No.**
SOMERS, MARK W.
375707693

FILED
JAN 13 2014
CLERK'S OFFICE
DETROIT

**Plaintiff's Attorney, Bar No., Address, & Telephone No.**

**Garnishee's Name and Address**
MICHIGAN DEPARTMENT OF TREASURY
THIRD PARTY WITHHOLDING UNIT
P.O. BOX 30785
LANSING, MI 48909

**When to complete and file this form:**
If you are the defendant's employer, this statement is to be filed within 14 days after the writ expires and regardless of changes in the employment status of the defendant during the time the writ was in effect.

If you are not the defendant's employer, this statement is to be filed within 14 days after you are no longer obligated to make payments to the defendant or after the writ expires, whichever occurs first.

1. This final statement is for a writ of garnishment issued on: 10/ 3/2013
   Date Issued

2. Amount stated on line 2 of Request and Writ for Garnishment     $ 1175384.50
   Less total amount withheld under this writ                        $    3647.23
   Difference                                                        $ 1171737.27

_1/ 2/2014_
Date

A.E. HAMILTON
Garnishee/Agent/Attorney Signature

**CERTIFICATE OF MAILING**

I certify that on:
_1/ 2/2014_ I mailed or personally delivered a copy of this final statement with the court.
_1/ 2/2014_ I mailed or personally delivered a copy of this final statement to the plaintiff/attorney.
_1/ 2/2014_ I mailed or personally delivered a copy of this final statement to the defendant.

_1/ 2/2014_
Date

A.E. HAMILTON
Garnishee/Agent/Attorney Signature

COURT COPY

MC48 (6-04) **FINAL STATEMENT ON GARNISHMENT OF PERIODIC PAYMENTS** 5 USC 1672, 15 USC 1673, MCR 3.101(J)(6)